**Peter ALBENZE v. UNITED STATES of America.**

No. 7963.

Circuit Court of Appeals, Sixth Circuit.
June 8, 1938.

Zeno Fritz, of Pittsburgh, Pa., and Martin E. Blum and Henry A. Pollack, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.

---

**The AMERICAN BRAKE SHOE AND FOUNDRY COMPANY, Plaintiff, v. EIGHTH AND NINTH AVENUES RAILWAY COMPANY and The City of New York, Defendants; Louis Boehm, Appellant; Margaret Duggan, Individually, and as Guardian ad Litem of Agnes Duggan, an Infant, Appellant.**

No. 396.

Circuit Court of Appeals, Second Circuit.
July 5, 1938.

Morgan J. O'Brien, Jr., of New York City (Morgan J. O'Brien, Jr., Allen R. Memhard, Henry A. Jones, and Gilman L. Sessions, all of New York City, of counsel), for Michael Kirtland, as receiver of Eighth & Ninth Avenues Ry. Co.

Louis Boehm, of New York City, pro se (Louis Boehm, Samuel Zeiger, and Hyman Eller, all of New York City, of counsel), for appellant.

Louis Boehm, of New York City, for Margaret Duggan, individually and as guardian ad litem of Agnes Duggan, an infant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Orders affirmed.

---

**Fred E. ANDERSON et al., Petitioners, v. Harold W. COX et al.**

No. 11140.

Circuit Court of Appeals, Eighth Circuit.
Feb. 28, 1938.

J. Kentner Elliott, of Chicago, Ill., for petitioners.

Harold W. Cox, O. A. Brecke, and Benedict Deinard, all of Minneapolis, Minn., for respondents.

PER CURIAM.
Petition for allowance of appeal from United States District Court denied.